**Order entered November 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01090-CV

### ZOHRA KHWAJA, Appellant

### V.

### QUIK-WAY RETAIL ASSOCIATES II, LTD., Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01589**

## ORDER

We **GRANT** appellant's November 3, 2014 unopposed second motion for an extension

of time to file a brief. Appellant shall file her brief by **November 24, 2014**.

/s/    ELIZABETH LANG-MIERS
         JUSTICE